UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA M. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C17-5412-JPD<br><br>ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF |

Based upon the plaintiff's motion to file an over-length opening brief, Dkt. 12, as well as the declaration of Eithan Kassel Yanich, Dkt 12-1, it is hereby ORDERED that plaintiff's motion is GRANTED, and the Court ORDERS as follows:

- Plaintiff's Opening Brief is limited to twenty-seven (27) pages in length, excluding any attachments;
- Defendant's Responsive Brief is limited to twenty-seven (27) pages in length, excluding any attachments; and
- Plaintiff's optional Reply Brief is limited to thirteen (13) pages in length.

DATED this 30th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1